UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE LOUISE LEVENTHAL ALEXANDER, M.D., f/n/a JEANNE LOUISE LEVENTHAL, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | Case No: CV12-03243 CBM(SPx) <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [JS-6]** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 10, 2013

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE